UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA UTLEG,<br><br>      Plaintiff,<br><br> v.<br><br>NATIONAL INSTITUTE OF HEALTH, VALERY GHEEN, MARIANNE MANHEIM, NATALIE RIVERA, KAREN E.R. LAMPE,<br><br>      Defendants. | CASE NO. **2:25-cv-01992-KKE**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 16th day of October, 2025.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge