UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA G UTLEG,<br><br>           Plaintiff(s),<br><br>   v.<br><br>NATIONAL INSTITUTE OF HEALTH,<br><br>           Defendant(s). | CASE NO. C25-1992-KKE<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

This matter comes before the Court on its own motion. Plaintiff filed this case on October 13, 2025. Dkt. No. 1. United States Magistrate Judge Brian A Tsuchida granted Plaintiff leave to proceed in forma pauperis on October 16, 2025 (Dkt. No. 3), and summons was issued the next week. Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing. Fed. R. Civ. P. 4(m). No proof of service has been filed. Accordingly, Plaintiff is ORDERED to show cause no later than February 12, 2026, why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

Dated this 29th day of January, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE - 1