UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELITA G UTLEG,

                Plaintiff(s),

    v.

NATIONAL INSTITUTE OF HEALTH,

                Defendant(s).

CASE NO. C25-1992-KKE

ORDER TO SERVE DEFENDANT BY
APRIL 20, 2026

This matter comes before the Court on its own motion.  Plaintiff, proceeding *pro se*, filed this action asserting claims under the Freedom of Information Act ("FOIA") on October 14, 2025. Dkt. No. 1.  On January 29, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute because Plaintiff had not yet effectuated service on Defendant. Dkt. No. 5.  In her response, Plaintiff indicates that she had not yet effected service on Defendant because she was still gathering "the core evidence" for her case "from the defendant itself." Dkt. No. 7 at 1.  Plaintiff states that she recently received documents relevant to her claim through a FOIA request and is reviewing them to "ensure the accuracy of [Plaintiff's] claims[.]" *Id.*  Plaintiff requests a 60-day extension of the deadline to serve Defendant.  *Id.*

The National Institutes of Health, as a United States agency or corporation, is subject to service under Federal Rule of Civil Procedure 4(i)(1) and (2).  Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the Court

ORDER TO SERVE DEFENDANT BY APRIL 20, 2026 - 1

"must dismiss the action without prejudice against that defendant or order that service be made within a specified time" unless "the plaintiff shows good cause" to extend the deadline.

The Court finds that Plaintiff has shown good cause warranting an extension of the service deadline. Accordingly, the Court orders that Plaintiff will serve Defendant and file proof of such service, by **April 20, 2026.** Failure to effectuate service by this date may result in this case being dismissed without prejudice for failure to prosecute. Further extensions of the service deadline should not be expected.

The Clerk is DIRECTED to send Plaintiff a copy of this District's Pro Se Guide to Filing Your Lawsuit in Federal Court,[1] which contains additional information about serving United States agencies or corporations.

Dated this 20th day of February, 2026.

Kymberly K. Evanson
United States District Judge

---

[1] https://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt.pdf.

ORDER TO SERVE DEFENDANT BY APRIL 20, 2026 - 2