UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA G UTLEG,<br><br>Plaintiff(s),<br>v.<br><br>NATIONAL INSTITUTE OF HEALTH,<br><br>Defendant(s). | CASE NO. C25-1992-KKE<br><br>ORDER DIRECTING STATUS UPDATE |

The Court has reviewed the parties' joint status report, which proposes that the parties submit a proposed briefing schedule for cross-motions for summary judgment if this Freedom of Information Act case is not resolved by September 14, 2026. Dkt. No. 19. Accordingly, the Court ORDERS that no later than September 17, 2026, the parties shall file a status update regarding efforts toward resolution of this litigation and/or proposing a briefing schedule for cross-motions for summary judgment.

Dated this 1st day of September, 2026.

Kymberly K. Evanson
United States District Judge