UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELITA G UTLEG,

Plaintiff(s),

v.

NATIONAL INSTITUTE OF HEALTH, et al.,

Defendant(s).

CASE NO. C25-1992-KKE

ORDER REGARDING JOINT STATUS REPORT AND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the Court's Order Directing Status Update (Dkt. No. 20), the parties submitted a joint status report with a proposed briefing schedule for cross-motions for summary judgment (Dkt. No. 21) in this Freedom of Information Act case. The parties informed the Court that they anticipate this case will resolve through summary judgment. Dkt. No. 19 at 4. The Court adopts the parties' jointly proposed briefing schedule and sets the following dates for dispositive motions:

| | |
|---|---|
| Defendants' Motion for Summary Judgment: | November 16, 2026 |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment: | December 16, 2026 |
| Defendants' Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment: | January 6, 2027 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment: | January 20, 2027 |

To the extent Defendants' Motion for Summary Judgment defends the adequacy of its searches and applications for FOIA exemptions, Defendants shall provide any required declaration(s) and/or *Vaughn* index contemporaneously with their Motion. Both motions shall be noted for January 20, 2027.

Dated this 22nd day of September, 2026.

Kymberly K. Evanson
United States District Judge