The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA G. UTLEG, Plaintiff, v. NATIONAL INSTITUTES OF HEALTH, *et al.*, Defendants. | Case No. 2:25-cv-01992-KKE<br>**STIPULATED MOTION TO VACATE SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER**<br>Noted for Consideration: November 16, 2026 |

Pursuant to Local Civil Rules 7(d)(1), 10(g), and 16(b)(6), and Federal Rule of Civil Procedure 16(b)(4), Pro Se Plaintiff Angelita G. Utleg and Defendant National Institutes of Health (NIH) jointly file this Stipulated Motion asking the Court to vacate the briefing schedule for cross-motions for summary judgment. *See* Dkt. 22 (Sep. 22, 2026). Plaintiff intends to file an amended complaint adding new FOIA claims in this action.[1] The parties are presently conferring regarding whether Defendant will consent to the filing of an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2).

[1] Plaintiff anticipates adding claims under 5 U.S.C. § 552(a)(3)(A) and (a)(3)(A) for wrongful withholding, improper redaction of records, and inadequate search.

Regardless of whether Plaintiff's proposed amendment is the subject of a motion for leave to amend or a stipulation of the parties, the parties submit that there is good cause to vacate the summary judgment briefing schedule until the pleadings are set. Defendant's motion for summary judgment is currently due on November 16, 2026, and Plaintiff's cross-motion and opposition is due December 16, 2026. Dkt. 22. Vacating the summary judgment briefing schedule and resetting it after Plaintiff's proposed amended complaint is addressed will conserve party and judicial resources by avoiding the need for briefing directed to a complaint that may be imminently superseded.

Accordingly, the parties respectfully request that the Court vacate the summary judgment briefing schedule and order the parties to provide a joint status update regarding a new briefing schedule within 30 days of its order.

DATED this 13th day of November, 2026.

*Please see filed PDF for Plaintiff's Signature*
Angelita Utleg
34028 19th Ave SW
Federal Way, WA 98023
Phone: 206-953-4975
Email: angie.utleg@gmail.com

*Pro Se Plaintiff*

*s/ Sean M. Arenson*
Sean M. Arenson
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendant*

**ORDER**

The parties' stipulated motion is GRANTED. The briefing schedule for cross-motions for summary judgment set in the Court's September 22, 2026, Order is VACATED. The parties shall submit a joint status update regarding a new briefing schedule on or before December 16, 2026.

**It is so ORDERED.**

DATED this 16th day of November, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge